UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND and
TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
                                    Plaintiffs,

against

TOLUCA GARMENT COMPANY,
                                    Defendant.

AFFIDAVIT OF SERVICE
07 Civ. 8476 (LTS)

STATE OF NEW YORK     )
                      ) ss.
COUNTY OF NEW YORK    )

Michele Reid, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11203.

2. On October 15, 2007 I served the Defendant herein with a copy of the Initial Conference Order by causing a true copy of said Order to be addressed to the Defendant at 604-624 East Santa Fe Avenue, Toluca, Illinois 61369 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7005 1160 0004 3543 2447 and regular mail.

_____
Michele Reid

Sworn to, before me, this
15th day of October 2007.

_____
SABRINA BROOKS
Notary Public, State of New York
No. 01BR6152502
Qualified in Queens County,
Commission Expires 9/18/2010