**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND and TRUSTEES OF THE UNITE
HERE NATIONAL RETIREMENT FUND,

        Plaintiff(s),        Index No. 07 CIV 8476

        -against-        AFFIDAVIT OF SERVICE

TOLUCA GARMENT COMPANY,
        Defendant(s).
-----------------------------------------------------------X
STATE OF OHIO  )
        S.S.:
COUNTY OF CLERMONT  )

        Celine M. Estill, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 8th day of October, 2007, at approximately the time of 12:15 P.M., deponent served a true copy of the SUMMONS & COMPLAINT upon Toluca Garment Company, c/o Tim Pepe (Registered Agent) at 255 East 5th Street, Suite 1900, Cincinnati, Ohio, by personally delivering and leaving the same with Glenna Turner who informed deponent that she holds the position of Authorized Agent with that company and is authorized by law to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

Glenna Turner is a white female, approximately 60 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 150 pounds with gray hair and hazel eyes.

_____
PROCESS SERVER

Sworn to before me this 22nd
day of October, 2007

_____
NOTARY PUBLIC

Jack R. Latham Jr.
Notary Public, State of Ohio
My Commission Expires 03-28-2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com