AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND and
TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Plaintiffs,
V.
TOLUCA GARMENT COMPANY,
Defendant.

**APPEARANCE**

Case Number: 07 Civ. 8476 (LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Trustees of the UNITE HERE National Health Fund and
Trustees of the UNITE HERE National Retirement Fund

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/21/2008 | *[signature]* |
| Date | Signature |
| | David C. Sapp — DS 5781 |
| | Print Name / Bar Number |
| | 730 Broadway, 9th Floor |
| | Address |
| | New York, New York 10003-9511 |
| | City / State / Zip Code |
| | (212) 539-5576 / (212) 387-0710 |
| | Phone Number / Fax Number |