# UNITE HERE Fund Administrators

*An Affiliate of Amalgamated Life*

UNITE HERE Fund Administrators, Inc.
730 Broadway
New York, NY 10003-9511
212-539-5576
212-387-0710

July 31, 2008

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: AUG 1 2 2008]

**MEMO ENDORSED**

**VIA FACSIMILE (212) 805-0426**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street - Room 755
New York, New York 10007

Re:  UNITE HERE National Health Fund, et al. –v.- Toluca Garment Company -- 07-cv-08476-LTS

Dear Judge Swain:

    We represent the plaintiffs in the above-referenced action to collect delinquent employee benefit fund contributions pursuant to ERISA Section 515. We are writing to respectfully request the Court's permission for a brief extension of time to August 14, 2008 in which to apply for a default judgment against defendant Toluca Garment Company in this action. We make this request for the following reasons.

    On July 3, 2008, the Court granted plaintiffs' request for an extension to July 31 to file for a default judgment. Since that date, plaintiffs have reviewed their files to compile the documents necessary to calculate the damages sought in the default judgment application. This process is taking a larger amount of time than initially anticipated. While this process is almost complete, we will require a brief additional amount of time to finish reviewing the documents and drafting the necessary default application and supporting documents.

    Given the foregoing, plaintiffs respectfully request an extension to August 14, 2008 in which to file their application for a default judgment.

    The Court's considerations are greatly appreciated.

*The request is granted.*

SO ORDERED.

/s/ Laura Taylor Swain  8/11/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ David C. Sapp
David C. Sapp (DS5781)