# △ UNITE HERE Fund Administrators

*An Affiliate of Amalgamated Life*

UNITE HERE Fund Administrators, Inc.

730 Broadway
New York, NY 10003-9511
212-399-5576
fax: 212-387-0710

August 14, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 5 2008

**VIA FACSIMILE (212) 805-0426**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street - Room 755
New York, New York 10007

## MEMO ENDORSED

Re: UNITE HERE National Health Fund, et al. –v.– Toluca Garment Company -- 07-cv-08476-LTS

Dear Judge Swain:

We represent the plaintiffs in the above-referenced action to collect delinquent employee benefit fund contributions pursuant to ERISA Section 515. We are writing to respectfully request the Court's permission for an additional brief extension of time to August 28, 2008 in which to apply for a default judgment against defendant Toluca Garment Company in this action. We make this request for the following reasons.

On August 12, 2008, the Court granted plaintiffs' request for an extension to August 14 to apply to the Court for a default judgment. Plaintiffs have reviewed their files to compile the documents necessary to calculate the damages sought in the default judgment application. This process has revealed certain additional documents which may be probative of plaintiffs' damages calculation. Plaintiffs will require additional time to review and analyze those documents and incorporate the evidence into the default judgment application.

Given the foregoing, plaintiffs respectfully request an extension to August 28, 2008 in which to file their application for a default judgment.

The Court's considerations are greatly appreciated.

*The request is granted.*

SO ORDERED.

/s/ 8/15/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

David C. Sapp (DS5781)