△ **UNITE HERE Fund Administrators**
*An Affiliate of Amalgamated Life*

UNITE HERE Fund Administrators, Inc.

730 Broadway
New York, NY 10003-9511
212-539-5576
fax: 212-387-0710

August 28, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
DATE FILED: SEP 0 2 2008

**VIA FACSIMILE (212) 805-0426**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street - Room 755
New York, New York 10007

**MEMO ENDORSED**

Re:   UNITE HERE National Health Fund, et al. –v.– Toluca Garment
      Company -- 07-cv-08476-LTS

Dear Judge Swain:

We represent the plaintiffs in the above-referenced action to collect delinquent employee benefit fund contributions pursuant to ERISA Section 515. We are writing to respectfully request the Court's permission for an additional brief extension of time to September 18, 2008 in which to apply for a default judgment against defendant Toluca Garment Company in this action. We make this request for the following reasons.

On August 15, 2008, the Court granted plaintiffs' request for an extension to August 28 to apply to the Court for a default judgment. Since that date, plaintiffs have compiled most of the documents underlying the calculation of the damages to be sought in the default judgment application. This process has taken a longer time than initially anticipated and plaintiffs are continuing to review and analyze those documents for incorporation as evidence into the default judgment application. This process has been further complicated due to long-standing travel plans of certain members of plaintiffs' administrative staff. Consequently, we find it necessary to respectfully request this additional time to complete our application.

Given the foregoing, plaintiffs respectfully request an extension to September 18, 2008 in which to file their application for a default judgment.

The Court's considerations are greatly appreciated.

*The request is granted.*

Respectfully submitted,

SO ORDERED.

NEW YORK, NY _____
LAURA TAYLOR SWAIN
Sept 2, 2008  UNITED STATES DISTRICT JUDGE

David C. Sapp (DS5781)